United Security Life Insurance & Trust Co. *v.*
Perugini Union Mutual Relief Assn.,
Appellant (No. 2).

OPINION BY MR. JUSTICE SADLER, April 17, 1922:

It was stipulated by paper filed that the same judgment should be entered as in the preceding appeal, involving, as it does, the same parties and legal questions.

The judgment is affirmed.